(A) WILLIAM M. FIORITO, Respondent, v. FRANK YASKULSKI, JR., Doing Business as FANCHER HOTEL, Appellant. (B) MINNIE LIPPA, Appellant, v. COLUMBIA L. WINKLER, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before January 18, 1961. Respondent's brief must be filed and served on or before February 2, 1961 if appeal is to be argued at February 1961 Term.

WALTER BECKER, Respondent, v. ERNEST RIECK, Defendant, and CHARLES BECKER, Appellant.— Motion granted and order dismissing appeal vacated.

In the Matter of LOUIS J. CASELLA, as Special Assistant Attorney-General.— Application granted to permit Commissioner of Jurors of County of Oneida to disclose to Special Assistant Attorney-General information relating to date of birth of trial jurors of panel drawn December 20, 1960.

GERTRUDE CHEW, as Administratrix, Respondent, v. DELORES H. DUFFY, Appellant.— Motion granted and order dismissing appeal vacated, on condition demand pursuant to rule VII of the Appellate Division Fourth Department Rules is filed on or before January 16, 1961.

JOSEPH O. KLEIN et al., Appellants, v. RUSSELL W. DIETER, Defendant, and LEO F. GAUDY, Respondent.— Motion to vacate order of dismissal pursuant to rule X of the Appellate Division Fourth Department Rules denied.

BERNICE LANE, Appellant, v. EPSTEIN'S EDCO PROCESS DRY CLEANERS Co., INC., et al., Respondents.— Motion granted to prosecute appeal on original stenographic minutes of trial.

C. A. MORGAN et al., as Administrators of the Estate of JOSEPH H. MORGAN, Deceased, Plaintiffs, v. GEORGE M. BREWSTER & SON, INC., Defendant. GEORGE M. BREWSTER & SON, INC., Appellant, v. PROSSNER & SONS, INC., Respondent.— Time for argument of appeal extended to include February 1961 Term on condition that demand pursuant to rule VII of the Appellate Division Fourth Department Rules is filed on or before January 23, 1961.

RICHARD A. NORRIS, as Trustee in Bankruptcy of NEWJER CONTRACTING Co., INC., Appellant, v. DEPEW PAVING Co., INC., et al., Respondents, and CONTINENTAL CASUALTY Co. et al., Appellants, et al., Defendants.— Appeal dismissed unless appellant's briefs are filed and served on or before February 24, 1961; respondents' brief will not be accepted unless filed on or before March 16, 1961.

SHERLEA SCHOEPFEL, Respondent, v. JOSEPH SCHOEPFEL, Appellant.— Motion granted and time for filing and serving records and briefs extended to January 18, 1961.

In the Matter of HERMAN J. BATES, as County Clerk.— Application granted to destroy certain records on file in Steuben County Clerk's office.

In the Matter of EUGENE MILLER, an Infant.— Motion granted and appeal added to January 1961 Calendar for argument.

MICHAEL J. SPINELLI, Appellant, v. CLARENCE J. PARSONS et al., Respondents.— Appeal dismissed unless records and briefs are filed and served on or before February 15, 1961.

WOLVERINE WINTER-SEAL CORP., Respondent, v. WAY JEWELERS, INC., Appellant, and HARVEY M. BERG, Defendant.— Motion granted and time for argument of appeal extended to include January 1961 Term of court on condition that appellant's brief is filed and served on or before January 18, 1961. Respondent's brief must be filed and served on or before February 2, 1961 if appeal is to be argued at February 1961 Term.